# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FILED**

AUG 16 2021

Clerk, U.S. Courts
District Of Montana
Billings Division

UNITED STATES OF AMERICA

vs.

**Christian Mikal David Bramley**

DOB: XX/XX/1999

SSN: XXX-XX-5479

No. CR 21-09-BLG-SPW

PETITION TO OPEN JUVENILE RECORDS

Whereas the above-name defendant entered a plea of Guilty to the offense of Prohibited Person in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1) in the United States District Court for the District of Montana, the Petitioner requests all juvenile records pertaining to the Defendant, including law enforcement, County Probation, County Welfare, Department of Corrections records, and any records of alcohol, drug and mental health treatment, be made available for the purpose of preparing a Presentence Investigation Report for the Court.

_____
U.S. Probation Officer

August 16, 2021
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

THE COURT HAVING CONSIDERED THE AFOREMENTIONED PETITION does hereby order the release of pertinent juvenile records held by any law enforcement agency, Probation Office, Welfare Agency, or Department of Corrections to the Petitioner or authorized agency of the United States Probation Office for the purpose of preparing a Presentence Investigation Report for the Court.

_____
United States District Judge

Dated this 16th day of August, 2021.