IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN MIKAL DAVID BRAMLEY,<br><br>Defendant. | CR 21-09-BLG-SPW<br><br>FINAL ORDER OF FORFEITURE |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 45). Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on November 2, 2021.

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d);

1

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is **GRANTED**.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Smith and Wesson, model M&P Bodyguard 380, .380 caliber semi-automatic pistol SN: KBM2052; and
- 20 rounds assorted ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 11th day of January, 2022.

SUSAN P. WATTERS
United States District Court Judge

2